IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60306
Conference Calendar

_____


LOUELLA FAY YOUNG STRICKLAND,

                                        Plaintiff-Appellant,


versus

RANKIN COUNTY CORRECTIONAL FACILITY;
ROBERT PEEDEE ET AL.,

                                        Defendants,

BRANDON CARTER ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:95-CV-85BN
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Louella Strickland, Mississippi prisoner #72676, seeks leave to proceed *in forma pauperis* (IFP) on her appeal from the dismissal of her civil rights action as frivolous. Strickland's motion is GRANTED. The Prison Litigation Reform Act (PLRA)

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

requires a prisoner appealing IFP in a civil action to pay the full amount of the filing fee, $105. As Strickland does not have funds for immediate payment of this fee, she is assessed an initial partial filing fee of $3.49, in accordance with 28 U.S.C. § 1915(b)(1). Following payment of the initial partial filing fee, the remainder will be deducted from Strickland's prison trust-fund account until the entire filing fee is paid. § 1915(b)(2).

IT IS ORDERED that Strickland authorize the appropriate prison authorities to withdraw the initial partial filing fee in accordance with the procedures required by the prison and to forward payment to the clerk of the District Court for the Southern District of Mississippi. IT IS FURTHER ORDERED that the agency having custody of Strickland's inmate account shall collect the remainder of the $105 filing fee and forward for payment, in accordance with § 1915(b)(2), to the clerk of the District Court of the Southern District of Mississippi each time the amount in Strickland's account exceeds $10, until the appellate filing fee is paid.

Strickland contends that the facility in which she is imprisoned is overcrowded and lacks air-conditioning in some buildings and that jail officials were deliberately indifferent to her medical needs. Strickland discusses the relevant law but references no facts relevant to her particular situation. Nor does she attempt to apply the law to the facts of her case.

Strickland has failed to brief any issues for appeal. *Grant v. Cuellar*, 59 F.3d 523, 525 (5th Cir. 1995). Consequently, her appeal is dismissed as frivolous.

APPEAL DISMISSED. 5th Cir. R. 42.2.